DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ARCHER,**
Appellant,

v.

**WINN DIXIE STORES, INC.;** and **WESTERN UNION FINANCIAL SERVICES, INC.,**
Appellees.

Nos. 4D18-2305 and 4D18-3539

[January 9, 2020]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 17-822 CACE (13).

David Archer, Tamarac, pro se.

Wesley L. Catri of Catri, Holton, Kessler & Kessler, P.A., Fort Lauderdale, for appellee Winn Dixie Stores, Inc.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***